UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KELVIN SETTLE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:12CV28 DDN |
| | ) |
| SIX OR MORE UNKNOWN NAMED DRUG ENFORCEMENT AGENTS, | ) |
| | ) |
| Defendants. | ) |

# **ORDER**

This matter is before the Court on plaintiff's motion to proceed in forma pauperis. Plaintiff, a prisoner, has filed at least three previous cases that were dismissed as frivolous, malicious, or for failure to state a claim.[1] Under 28 U.S.C. § 1915(g), therefore, the Court may not grant the motion unless plaintiff "is under imminent danger of serious physical injury."

After reviewing the complaint, the Court finds no allegations that would show that plaintiff is in imminent danger of serious physical injury. As a result, the Court will deny the motion and will dismiss this action without prejudice to refiling as a fully paid complaint.

Accordingly,

---

[1] See Settle v. Southwest Bank, 4:10CV119 HEA (E.D. Mo.) (failure to state a claim); Settle v. Bank of America, 4:09CV1928 CEJ (E.D. Mo.) (failure to state a claim); Settle v. Allstate Insur. Co., 4:05CV1148 CDP (E.D. Mo.) (frivolous).

**IT IS HEREBY ORDERED** that plaintiff's motion to proceed in forma pauperis [Doc. 2] is **DENIED**.

**IT IS FURTHER ORDERED** that this action is **DISMISSED**, without prejudice, pursuant to 28 U.S.C. § 1915(g).

An Order of Dismissal shall accompany this Memorandum and Order.

Dated this 18th day of January, 2012.

                                        HENRY EDWARD AUTREY
                                    UNITED STATES DISTRICT JUDGE